UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| DERRICK K. BARBER | CIVIL ACTION NO. 12-2666-P |
| VERSUS | JUDGE FOOTE |
| JAMES LEBLANC, ET AL. | MAGISTRATE JUDGE HORNSBY |

JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law and noting the absence of objections to the Report and Recommendation in the record;

IT IS ORDERED that plaintiff's civil rights action be DISMISSED WITH PREJUDICE for being frivolous and for failing to state a claim upon which relief may be granted under 28 U.S.C. §1915(e)(2)(B)(i) and (ii). The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the Three Strikes List in Tyler, Texas.

THUS DONE AND SIGNED, in chambers, in Shreveport, Louisiana, on this 16th day of July 2015.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE